**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Erick E. Hewins, Petitioner.

Appellate Case No. 2015-000595

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenville County
G. Edward Welmaker, Circuit Court Judge

---

Memorandum Opinion No. 2016-MO-007
Submitted March 15, 2016 – Filed March 23, 2016

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Erick E. Hewins, of McCormick, *pro se,* Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General Mary Leddon, and Assistant Attorney General Susannah Rawl Cole, all of Columbia; and Solicitor William Walter Wilkins, III, of Greenville, all for Respondent.

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *State v. Hewins*, Op. No. 2014-UP-478 (S.C. Ct. App. filed Dec. 23, 2014) (per curiam).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.  FEW, J., not participating.**